**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01408-CR

### DONAVIN JOCOLYN JENNINGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-81858-2014**

## ORDER

We **REINSTATE** this appeal.

On July 20, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. On August 8, 2016, appellant's brief was tendered along with a motion to extend time to file the brief. Because findings are no longer necessary, we **VACATE** the July 20, 2016 order.

We **GRANT** appellant's August 7, 2016 motion to extend time and **ORDER** appellant's brief timely filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE